PETER J. BENVENUTTI (Bar No. 60566)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104
Telephone: 415-772-6000
Facsimile: 415-772-6268
Email: peter.benvenutti@hellerehrman.com

MARK S. KAUFMAN (Admitted Pro Hac Vice)
McKENNA LONG & ALDRIDGE LLP
303 Peachtree Street, Suite 5300
Atlanta, GA 30308
Telephone: (404) 527-4000
Facsimile: (404) 527-4198

Attorneys for Plaintiff-Appellee
Lehman Brothers Holdings Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN KONTRABECKI,<br>          Defendant-Appellant,<br><br>v.<br><br>ARON M. OLINER, as Chapter 11 Trustee of The Kontrabecki Group Limited Partnership, and LEHMAN BROTHERS HOLDINGS INC.,<br>          Plaintiffs-Appellees. | **Case No. C 05-2724 CRB** |
| In re<br>CENTRAL EUROPEAN INDUSTRIAL DEVELOPMENT COMPANY, LLC d/b/a, CEIDCO,<br>          Debtor, | Bk. No. 02-30419-11-DM<br>Chapter 11 |
| In re<br>THE KONTRABECKI GROUP, LP,<br>          Debtor, | Bk. No. 02-30421-11-DM<br>Chapter 11 |
| ARON M. OLINER, as Chapter 11 Trustee of The Kontrabecki Group Limited Partnership, and LEHMAN BROTHERS HOLDINGS INC.,<br>          Plaintiffs,<br>v.<br>JOHN KONTRABECKI, et al.,<br>          Defendants, | Adv. No. 03-3264 DM<br><br>[Proposed] **ORDER DENYING EMERGENCY MOTION OF JOHN KONTRABECKI FOR STAY PENDING APPEAL**<br><br>**Date:     July 14, 2005**<br>**Time:     10:00 a.m.**<br>**Location: Courtroom 8**<br>          **450 Golden Gate Avenue**<br>          **San Francisco, CA 94102** |

The Emergency Motion of Appellant John Kontrabecki for Stay Pending Appeal of Incarceration Order (the "Stay Motion") was heard on July 14, 2005, before the Honorable Charles R. Breyer, United States District Judge.  Appellant appeared by counsel, Robert H. Sloss and Tyler C. Gerking of Farella, Braun + Martel LLP, and appellee Lehman Brothers Holdings Inc. appeared by counsel, Peter J. Benvenutti of Heller Ehrman LLP.  The Court considered the papers filed in support of and in opposition to the Stay Motion and the argument of counsel, and good cause appearing,

IT IS HEREBY ORDERED that the Stay Motion is DENIED, on the ground that Appellant did not present the stay request to the Bankruptcy Court in the first instance pursuant to Bankruptcy Rule 8005.

Dated:  August 01, 2005

UNITED STATES DISTRICT JUDGE

*APPROVED — Judge Charles R. Breyer*
*UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA*

Approved as to form:

FARELLA BRAUN & MARTEL LLP


__/s/ Robert H. Sloss_____

Robert H. Sloss

Attorneys for John Kontrabecki

[Proposed] ORDER DENYING EMERGENCY MOTION FOR STAY PENDING APPEAL
Civ No. 05-2724 CRB

1

Heller Ehrman LLP